LAW OFFICES OF GREGORY T. GRAB

GREGORY T. GRAB- 3516
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone: (808) 946-4411
Facsimile: (808) 946-0321
E-mail: grabslaw@lava.net

Attorney for Plaintiff/
Judgment Creditor
FEDERAL FINANCIAL CO.,
an Illinois General Partnership

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>Defendants.<br><br>-and-<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF COUNSEL; EXHIBIT 1; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS AND ORDER<br><br>DATE OF JUDGMENT:   08/01/1996<br>AMOUNT OF JUDGMENT: $200,000.00<br>JUDGMENT BALANCE:   $346,824.75 |

EX PARTE MOTION
FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiff and Judgment Creditor FEDERAL FINANCIAL CO., an Illinois general partnership, respectfully moves *ex parte* that Garnishee Summons issue herein, directed to (1) AMERICAN SAVINGS BANK, (2) BANK OF HAWAII, (3) BANK OF THE ORIENT, (4) CENTRAL PACIFIC BANK, successor by merger to CITY BANK, (5) FINANCE FACTORS, LIMITED, (6) FIRST HAWAIIAN BANK, (7) HAWAII NATIONAL BANK, (8) HOMESTREET BANK, and (9) TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION upon a day appointed in said summons for hearing said cause as against said Garnishee(s) and then and there on oath disclose:

(1) whether they have, or at the time the Garnishee Summons was served, had, any goods or effects of Defendant/Judgment Debtor RONALD M. BONAGUIDI in their hands, and, if so, the nature, amount and value thereof;

(2) whether they are or at the time the Garnishee summons was served, were indebted to Defendant/Judgment Debtor RONALD M. BONAGUIDI, and if so, the nature and amount of the debt, including the amount of all payments due and coming due at any time in the future for the repayment of said debt;

(3) whether they have or at the time the Garnishee Summons was served, had, any moneys of Defendant/Judgment Debtor RONALD M. BONAGUIDI in their possession for safekeeping and, if so, the amount thereof; and,

2

(4) whether Defendant/Judgment Debtor RONALD M. BONAGUIDI was, at the time Garnishee Summons was served, in receipt from them of any salary, stipend, commissions, wages, annuity, or net income or portion of net income under a trust, and, if so, the amount or rate thereof.

This Motion brought pursuant to Rules 7(b) and 69(a) of the Federal Rules of Civil Procedure and is based upon the records and proceedings had herein, the attached Declaration of Counsel and exhibit, and on Hawaii Revised Statutes sections 652-1 and 653-2.

DATED: Honolulu, Hawaii, 4/6/06

GREGORY T. GRAB, ESQ.
Attorney for Plaintiff/
Judgment Creditor
FEDERAL FINANCIAL CO., an
Illinois General Partnership