IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>    Defendants.<br><br>-and-<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>    Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE SUMMONS AND ORDER |

<u>GARNISHEE SUMMONS AND ORDER</u>

TO:  ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE:

    You are commanded to leave a true and attested copy of this summons and order with each of the following garnishees:

        AMERICAN SAVINGS BANK
        Attn: Legal and Custody Dept.
        888 Mililani Street, 2nd Floor
        Honolulu, Hawaii 96813

```
BANK OF HAWAII
Attn: Legal and Custody Dept.
160 Merchant Street, 16th Floor
Honolulu, Hawaii  96813

BANK OF THE ORIENT
Attn: Legal and Custody Dept.
765 Bishop Street
Honolulu, Hawaii  96813

CENTRAL PACIFIC BANK,
successor by merger to CITY BANK
Attn: Centralized Branch Operations
222 North School Street
Honolulu, Hawaii  96817

FINANCE FACTORS, LIMITED
Attn: Legal and Custody Dept.
1164 Bishop Street
Honolulu, Hawaii  96813

FIRST HAWAIIAN BANK
Attn: Legal and Custody Dept.
2339 Kamehameha Highway
Honolulu, Hawaii  96819

HAWAII NATIONAL BANK
Attn: Legal and Custody Dept.
45 North King Street
Honolulu, Hawaii  96817

HOMESTREET BANK
Attn: Legal and Custody Dept.
2 South King Street
Honolulu, Hawaii  96813

TERRITORIAL SAVINGS BANK
formerly known as TERRITORIAL SAVINGS
& LOAN ASSOCIATION
Attn: Legal and Custody Dept.
1000 Bishop Street
Honolulu, Hawaii  96813
```

TO:  THE ABOVE-NAMED GARNISHEES:

You are hereby summoned and required to appear personally before the Judge presiding in the above entitled proceeding in the United States District Court for the District

of Hawaii, in the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at the hour of 2 o'clock p.m., on Friday the 9th day of June, 2006, or to file a written disclosure in the above-entitled court and serve a copy of it on plaintiff's attorney within 20 days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under oath. It must state whether you have, or at the time of service:

(1) Had any goods or effects of Defendant/Judgment Debtor RONALD M. BONAGUIDI in their hands, and, if so, the nature, amount and value thereof;

(2) Were indebted to Defendant/Judgment Debtor RONALD M. BONAGUIDI, and if so, the nature and amount of the debt, including the amount of all payments due and coming due at any time in the future for the repayment of said debt;

(3) Had any moneys of Defendant/Judgment Debtor RONALD M. BONAGUIDI in their possession for safekeeping and, if so, the amount thereof; and,

(4) Defendant/Judgment Debtor RONALD M. BONAGUIDI was in receipt from them of any salary, stipend, commissions, wages, annuity, or net income or portion of net income under a trust, and, if so, the amount or rate thereof.

You, as garnishees, are HEREBY ORDERED to hold and secure from the time of service of this summons, and until

further ordered by the court, an amount of money which shall not exceed 120% of the amount of the judgment balance indicated above, including costs and interest, as provided by H.R.S. Chapters 652 and 653 as amended.

DATED:   Honolulu, Hawaii, ___APR 1 0 2006___

SUE BEITIA
Clerk of the Above-Entitled Court

/s/ Alison Gueney
Deputy Clerk, United States
District Court, District of Hawaii

---

FEDERAL FINANCIAL CO. vs. NEXUS-GOVERNOR PARK ASSOCIATES, et al.; United States District Court for the District of Hawaii; Misc. No. MC 0200193 (HG-BMK); *EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF COUNSEL; EXHIBIT 1; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS AND ORDER*

-12-