IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>    Plaintiff,<br><br>  vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>    Defendants.<br><br>  -and-<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>    Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

Gregory T. Grab, declares and says:

1. I am the attorney for Plaintiff and Foreign Judgment Creditor FEDERAL FINANCIAL CO., an Illinois general partnership, and I have knowledge of the facts as set forth herein.

2. On November 6, 2002 a FOREIGN EXEMPLIFIED JUDMENT (Judgment) was entered herein in favor of Plaintiff and against

4

Defendant RONALD M. BONAGUIDI and others. A true, correct and complete copy is attached hereto as Exhibit 1.

3. I am informed and believe, and upon such information and belief allege that the total judgment balance due is:

| | |
|---|---:|
| ORIGINAL JUDGMENT AMOUNT | $200,000.00 |
| INTEREST (@ 5.85% per annum, compounded annually from 08/01/1996 through 04/06/06) | $146,824.75 |
| JUDGMENT BALANCE AS OF 04/06/06 | $346,824.75 |

4. The sum of $346,824.75 thereof is and remains due, owing and unpaid by Defendant RONALD M. BONAGUIDI.

5. I am informed and believe, and upon such information and belief allege that Defendant RONALD M. BONAGUIDI may have property available for the satisfaction of said Judgment, or some debts owing to him, the exact nature and extent of which are unknown to me.

6. The Judgment has not been appealed, reversed or set aside, and is and remains in full force and effect as against Defendant RONALD M. BONAGUIDI in the amount stated above.

7. I am informed and believe and on such information and belief say that AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION have goods or effects of Defendant RONALD M. BONAGUIDI in their hands, or are indebted to said Defendant or have monies of said

5

Defendant in their possession for safekeeping.

    8.   On information and belief the funds sought to be garnished are not traceable to AFDC funds.

    9.   This declaration is made pursuant to Rule 7(g) of the Rules of Circuit Courts of the State of Hawaii.

I have read this declaration, know the contents and verify that the statements are true to my personal knowledge and belief. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 6, 2006.

                                                GREGORY T. GRAB, ESQ.