LAW OFFICES OF GREGORY T. GRAB

GREGORY T. GRAB- 3516
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone: (808) 946-4411
Facsimile: (808) 946-0321
E-mail: grabslaw@lava.net

Attorney for Plaintiff/
Judgment Creditor
**FEDERAL FINANCIAL CO.,
an Illinois General Partnership**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 6 2002

at 3 o'clock and 30 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **FEDERAL FINANCIAL CO.**, an Illinois general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>**NEXUS-GOVERNOR PARK ASSOCIATES**, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>Defendants. | MISC. NO. **MC 02 00193 HG BMK**<br>(Foreign Judgment)<br><br>FOREIGN EXEMPLIFIED JUDGMENT;<br>DECLARATION OF COUNSEL;<br>EXHIBIT 1; ~~NOTICE OF FILING FOREIGN EXEMPLIFIED JUDGMENT~~<br><br>ATTEST: A True Copy<br>WALTER A.Y.H. CHINN<br>Clerk, United States<br>Court, District<br>By _____ Deputy |

## FOREIGN EXEMPLIFIED JUDGMENT

Plaintiff/Judgment Creditor FEDERAL FINANCIAL CO., an Illinois General Partnership, by and through counsel, *The Law Offices of Gregory T. Grab*, and pursuant to 28 U.S.C. Section 1963, hereby files with the United States District Court for the District of Hawaii, a certified/exemplified JUDGMENT UPON STIPULATION dated August 1, 1996, originally entered in the United States District Court, Southern District of California, in

EXHIBIT 1

that particular matter denoted Case No. 95-0327-E(CGA), and styled <u>FEDERAL FINANCIAL CO., an Illinois General Partnership, Plaintiff, vs. NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, Defendants</u>.

    A Certified/Exemplified copy of the above-mentioned document is attached hereto as <u>Exhibit 1</u>.

    DATED: Honolulu, Hawaii    11-4-02

                                         **GREGORY T. GRAB**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **FEDERAL FINANCIAL CO.**, an Illinois general partnership,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**NEXUS-GOVERNOR PARK ASSOCIATES**, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>　　　　Defendants. | MISC. NO. _____<br>(Foreign Judgment)<br><br>**DECLARATION OF COUNSEL** |

## DECLARATION OF COUNSEL

GREGORY T. GRAB declares and says:

1. I am the attorney for Plaintiff/Judgment Creditor FEDERAL FINANCIAL CO., an Illinois General Partnership, and I am competent to testify as to the matters stated herein.

2. Exhibit 1 attached hereto is a Certified/Exemplified (true and correct) copy of the JUDGMENT UPON STIPULATION dated August 1, 1996, originally entered in the United States District Court, Southern District of California, in that particular matter denoted Case No. 95-0327-E(CGA), and styled FEDERAL FINANCIAL CO., an Illinois General Partnership, Plaintiff, vs. NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, Defendants.

3. The name and post office address of the Plaintiff/

Judgment Creditor is:

> **FEDERAL FINANCIAL CO.**
> P.O. Box 402
> Highland Park, Illinois  60035

4.   Upon information and belief, the last known name and post office address of the Judgment Debtor(s) is/are:

> **NEXUS-GOVERNOR PARK ASSOCIATES**
> **RONALD M. BONAGUIDI**
> **MICHAEL J. REIDY**
> c/o HOVEY, KIRBY, THORNTON & HAHN
> 101 West Broadway, Suite 110
> San Diego, California  92101-8297

I, GREGORY T. GRAB, do hereby declare, certify and verify, under penalty of perjury as provided by federal law, that I have read the foregoing Declaration and that every statement therein is true and correct.

Executed on November 4, 2002.

_____
GREGORY T. GRAB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FEDERAL FINANCIAL CO.           )
                                )
        v.                      )           Case No. 95CV0327-E(CGA)
                                )
NEXUS-GOVERNOR PARK ASSOCIATES, )
RONALD M. BONAGUIDI,            )           EXEMPLIFIED CERTIFICATE
MICHAEL J. REIDY                )
                                )
                                )
_____)

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court, Southern District of California, by my duly authorized Deputy, so hereby certify that the preceding and annexed is a full, true and correct copy of the original

JUDGMENT UPON STIPULATION:

in the above entitled case, on file in my office.

Dated: 5/30/02            W. Samuel Hamrick, Jr., Clerk

                          By: _Saundra Harris_
                                               Deputy Clerk

---

I hereby certify that the foregoing certificate of the Clerk of the United States District Court, Southern District of California, is in the due form and that the signature attached thereto is the true signature of an authorized Deputy Clerk of said Court.

Dated: 5-30-02            _Rudi M. Brewster_
                          United States District Judge

---

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court, Southern District of California, by my duly authorized Deputy, do hereby certify that the Honorable Judge RUDI M. BREWSTER is upon the date hereof United States District Judge of said Court, and that the signature to the above certificate is the true signature of said Judge.

Dated: 5/30/02            W. Samuel Hamrick, Jr., Clerk
                          By: _Saundra Harris_
                                               Deputy Clerk

1  Dean T. Kirby, Jr.   090114
   **HOVEY, KIRBY, THORNTON & HAHN**
2  101 West Broadway, Suite 1100
   San Diego, California 92101-8297
3  Telephone: (619) 685-4000  Facsimile: (619) 685-4004

4

5  Attorneys for Defendants,
   NEXUS-GOVERNOR PARK ASSOCIATES,
6  RONALD M. BONAGUIDI and MICHAEL J. REIDY

FILED
AUG - 1 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership | Case No. 95-0327-E(CGA) |
| Plaintiff(s) | |
| v. | **JUDGMENT UPON STIPULATION** |
| NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, | |
| Defendant(s) | |
| RONALD M. BONAGUIDI and MICHAEL J. REIDY, | |
| Counterclaimants, | |
| v. | |
| FEDERAL FINANCIAL CO., an Illinois general partnership, | |
| Counterdefendant, | |
| RONALD M. BONAGUIDI and MICHAEL J. REIDY, | |
| Third Party-Plaintiffs, | |
| v. | |
| TRANS UNION CORPORATION fka TRANS UNION INFORMATION CO., a Delaware corporation, | |
| Third Party Defendant, | |

1       The parties to the Complaint herein, plaintiff Federal Financial Co. and defendants Governor Park Plaza Associates (sued under its former name as Nexus Governor Park Associates) and Ronald M. Bonaguidi (this action having been concurrently dismissed with prejudice as to defendant Michael J. Reidy) hereby stipulate to the entry of judgment as follows:

      1. Plaintiff Federal Financial Co. shall recover from defendants Governor Park Plaza Associates (formerly known as Nexus Governor Park Associates) and Ronald M. Bonaguidi, jointly and severally, the total sum of $200,000.00, plus post-judgment interest 28 U.S.C. § 1961(a) from and after the date of entry of this judgment.

      2. All actions to enforce this Judgment (including without implied limitation levy, execution, charging orders, garnishment, and examination of the judgment debtor or any third party) shall be stayed until November 1, 2002. Provided however that the judgment creditor may record an abstract of judgment.

      3. In the event that title to the real property of Governor Park Plaza Associates is transferred, or a foreclosure is commenced as to such property, the judgment creditor shall be relieved from the stay for the purpose of enforcing its judgment lien on such property, but for no other purpose.

      4. In the event that a bankruptcy case is commenced as to either judgment debtor, the judgment creditor shall not be stayed from filing a proof of claim as to the judgment debt, nor shall the stay affect the judgment creditor's right to a distribution from the bankruptcy estate on account of such claim.

      5. This judgment does not represent a liability of Nexus Development Corporation, Southern Division, (the successor general partner of Governor Park Plaza Associates) or of any other partner of Governor Park Plaza Associates save and except Ronald M. Bonaguidi.

. . . .

. . . .

. . . .

. . . .

FEDERAL FINANCIAL CO. v. NEXUS-GOVERNOR PARK ASSOCIATES, et al.   Case No. 95-0327-E(CGA)
JUDGMENT UPON STIPULATION

1  SO STIPULATED:

2  SCHALL, BOUDREAU & GORE, INC.

3

4  By: *[signature]*
   Rodney L. Solenberger
5     Attorneys for Counterdefendant
      Federal Financial Co.

6

7  HOVEY, KIRBY, THORNTON & HAHN

8

9  By: *[signature]*
   Dean T. Kirby, Jr.
10    Attorneys for Defendants
      Nexus-Governor Park Associates and
11    Ronald M. Bonaguidi

12 GOVERNOR PARK PLAZA ASSOCIATES
   a California limited partnership
13
   By: Nexus Development Corporation Southern Division
14

15 By: _____
      Michael J. Reidy
16    President

17

18 *[signature]*
   RONALD M. BONAGUIDI
19

20                    JUDGMENT

21   Upon stipulation of the parties,

22   IT IS SO ORDERED, ADJUDGED AND DECREED.

23

24 DATE: _____        _____
                                   UNITED STATES DISTRICT JUDGE
25

26

27

28

FEDERAL FINANCIAL CO. v. NEXUS-GOVERNOR PARK ASSOCIATES, et al.   Case No. 95-0327-E(CGA)
JUDGMENT UPON STIPULATION

1  SO STIPULATED:

2  SCHALL, BOUDREAU & GORE, INC.

3

4  By: _____
       Rodney L. Solenberger
5      Attorneys for Counterdefendant
       Federal Financial Co.
6

7  HOVEY, KIRBY, THORNTON & HAHN

8

9  By: _____
       Dean T. Kirby, Jr.
10     Attorneys for Defendants
       Nexus-Governor Park Associates and
11     Ronald M. Bonaguidi

12  GOVERNOR PARK PLAZA ASSOCIATES
    a California limited partnership
13
    By: Nexus Development Corporation Southern Division
14
15  By: /s/ Michael J. Reidy
       Michael J. Reidy
16     President

17

18  _____
    RONALD M. BONAGUIDI
19

20                              JUDGMENT

21     Upon stipulation of the parties,

22     IT IS SO ORDERED, ADJUDGED AND DECREED.

23
24  DATE: ____8/1/96____     _____
                              UNITED STATES DISTRICT JUDGE
25

26  I hereby attest and certify on 5/30/02
    That the foregoing document is a full, true and correct
27  copy of the original on file in my office and in my legal
    custody.
28           CLERK, U.S. DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA
             By _____ Deputy

FEDERAL FINANCIAL CO. v. NEXUS-GOVERNOR PARK ASSOCIATES, et al.   Case No. 95-0327-E(CGA)
JUDGMENT UPON STIPULATION