IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>Defendants.<br><br>-and-<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>ORDER FOR ISSUANCE OF GARNISHEE SUMMONS |

ORDER FOR ISSUANCE OF GARNISHEE SUMMONS

Upon review of the foregoing motion, Declaration of Counsel, and the pleadings, memorandum and file of this case, and based upon the applicable law thereto, the foregoing Motion is granted and IT IS HEREBY ORDERED that Garnishee Summons issue upon (1) AMERICAN SAVINGS BANK, (2) BANK OF HAWAII, (3) BANK OF THE ORIENT, (4) CENTRAL PACIFIC BANK, successor by merger to CITY BANK, (5) FINANCE FACTORS, LIMITED, (6) FIRST HAWAIIAN BANK, (7)

HAWAII NATIONAL BANK, (8) HOMESTREET BANK, and (9) TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION, according to law.

DATED: Honolulu, Hawaii, 4-7-06

_____
Judge of the Above-Entitled Court