ORIGINAL

BANK OF HAWAII
Legal & Custody Dept.
111 So. King Street, Suite 1610
Honolulu, Hawaii 96813

Tel. No. 537-8253

Garnishee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>Defendants,<br><br>and<br><br>BANK OF HAWAII,<br><br>Garnishee. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>ANSWER AND DISCLOSURE<br>OF **BANK OF HAWAII**<br>CERTIFICATE OF SERVICE |

### ANSWER AND DISCLOSURE OF BANK OF HAWAII

Comes now BANK OF HAWAII, the Garnishee named in the above-entitled action; and for Answer and Disclosure in response to the garnishee process herein says:

That at the time and place of service upon it of said garnishee process, to-wit: At 9:45 a. m. on the 24th day of April, 2006, within the State of Hawaii, there were no funds on deposit with said Garnishee to the credit of **RONALD M. BONAGUIDI** but, there was funds on deposit with said Garnishee to the credit of **RONALD BONAGUIDI** a sum of $18,306.89 and that a charge of $95.00 has been assessed for service of legal process, leaving a balance of Eighteen Thousand Two Hundred Eleven Dollars and Eighty-Nine Cents, (**$18,211.89**).

That other than as above disclosed at said time and place of service of process, this Garnishee was not indebted to said Defendant said Defendant was not in the employ of this Garnishee, this Garnishee did not have any goods or effects of the Defendant in its hands; and this Garnishee were not the agent, factor or trustee of the Defendant.

WHEREFORE, this Garnishee prays for the judgment of this court as to the disposition of said funds; that it be awarded its costs, and that a certified copy of the final judgment of this court be required to be served on this Garnishee with the statement that at the time of its rendition no appeal of execution has been noted.

Dated: Honolulu, Hawaii, April 26, 2006.

BANK OF HAWAII

By _____
Assistant Vice President
and Manager

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

      **SCOTT I. TAKAHASHI**, being first duly sworn on oath, deposes and says that he is an Assistant Vice President and Manager of **BANK OF HAWAII**, and as such is authorized to make and does make this verification on its behalf; that he has read the foregoing answer and disclosure and that the contents of the same are true to the best of his knowledge and belief.

_____
SCOTT I. TAKAHASHI

Subscribed and sworn to before me
this 26th day of April, 2006

_____
Notary's Printed Name: Carol Y. Sunuhi
Notary Public, State of Hawaii

My commission expires: Aug 4, 2009

L.S.

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing BANK OF HAWAII'S RESPONSE TO GARNISHEE SUMMONS was duly mailed, postage prepaid, on April 25, 2006 by placing said copy in the United States mail addressed as follows:

>Law Offices of Gregory T. Grab
>**GREGORY T. GRAB         3516**
>345 Queen Street, Suite 200
>Honolulu, Hawaii  96813
>
>Attorney for Plaintiff,
>
>Dated:  Honolulu, Hawaii, April 26, 2006.

SCOTT I. TAKAHASHI

4