ORIGINAL

TERRITORIAL SAVINGS BANK
Post Office Box 1481
Honolulu, Hawaii 96806
Telephone: 946-1400



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2006   AY

at __11__o'clock and __Thin.T__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,     Plaintiff, <br><br> vs. <br><br> NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,     Defendants, <br><br> and <br><br> TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION, et al,     Garnishees. | MISC. NO. MC 0200193 (HG-BMK) (Foreign Judgment) <br><br> DISCLOSURE OF TERRITORIAL SAVINGS BANK; CERTIFICATE OF SERVICE |

## DISCLOSURE OF TERRITORIAL SAVINGS BANK

Comes now TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL

SAVINGS AND LOAN ASSOCIATION, by DENNIS NAGO, its Representative, by way of

Disclosure to the Garnishee Summons herein, and discloses that at time of service of April 24,

2006, at its branches within the State of Hawaii, pursuant to Hawaii Revised Statutes,

Section 652-1(e), as follows:

1.    Territorial Savings Bank did not have any of the goods or effects of the Defendant/Judgment Debtor, RONALD M. BONAGUIDI (hereinafter referred to as "Defendant/Judgment Debtor");

2.    Territorial Savings Bank was not indebted to the Defendant/Judgment Debtor;

3.    The Defendant/Judgment Debtor was not in receipt from Territorial Savings Bank of any salary, wages, commissions, stipend, annuity or net income or portions of net income under a trust;

4.    Territorial Savings Bank did not have any monies in its possession for safekeeping of said Defendant/Judgment Debtor.

DATED:  Honolulu, Hawaii, April 24, 2006.

TERRITORIAL SAVINGS BANK

By _____
    Dennis Nago
    Its Representative

2

STATE OF HAWAII                      )
                                             ) SS.

CITY AND COUNTY OF HONOLULU    )

       DENNIS NAGO, being first duly sworn to oath, deposes and says that he is the representative of TERRITORIAL SAVINGS BANK, and as such is authorized to make and does make this verification on its behalf; that he has read the foregoing disclosure and that the contents of the same are true to the best of his knowledge and belief.

_____
DENNIS NAGO

Subscribed and sworn to before me
this _24th_ day of _April 2006_ .

_____
Mark Kawamura
Notary Public, State of Hawaii

My commission expires: _10/17/2007_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached DISCLOSURE OF TERRITORIAL SAVINGS BANK will be duly served upon the following at their last known address by depositing the documents in the United States mail, postage prepaid, on

APR 2 5 2006
_____.

> GREGORY T. GRAB, ESQ.
> 345 Queen Street, Suite 200
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff/
> Judgment Creditor

DATED: Honolulu, Hawaii, April 24, 2006.

_____
Dennis Nago
Representative for Garnishee