ORIGINAL

HAWAII NATIONAL BANK
P.O. Box 3740
Honolulu, Hawaii 96812

Telephone No. 528-7711

GARNISHEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2006

at 11 o'clock and 40 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois General partnership<br>Plaintiff<br>vs.<br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited Partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY<br>Defendants<br>and<br>HAWAII NATIONAL BANK, ET AL<br>Garnishees | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>ANSWER AND DISCLOSURE OF HAWAII NATIONAL BANK |

ANSWER AND DISCLOSURE OF HAWAII NATIONAL BANK

Comes now HAWAII NATIONAL BANK, (one) of the Garnishee(s) herein, and by way of Answer and Disclosure of the Garnishee Summons herein, alleges and avers as follows:

RONALD M. BONAGUIDI – NO ACCOUNTS

DATED: Honolulu, Hawaii April 26, 2006

HAWAII NATIONAL BANK,
(Garnishee)

By: _____
Lloyd J. Nakao
Senior Vice President

Subscribed and sworn to before me.

Date: APR 2 7 2006

Mari B. McInturff
Notary Public, State of Hawaii
My Commission expires: OCT 1 7 2008