ORIGINAL

ANN C. TERANISHI (#7318)
Central Pacific Bank
P.O. Box 3590
Honolulu, Hawaii 96811
Telephone: (808) 544-6833

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2006

at 10 o'clock and 55 min A M
SUE BEITIA, CLERK

Attorney for Garnishee
  Central Pacific Bank, successor by
    merger to City Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FEDERAL FINANCIAL CO., | ) | Misc. No. MC 0200193 |
| | ) | (HG-BMK) |
| Plaintiff, | ) | (Foreign Judgment) |
| | ) | |
| vs. | ) | GARNISHEE DISCLOSURE |
| | ) | CENTRAL PACIFIC BANK, |
| NEXUS-GOVERNOR PARK | ) | SUCCESSOR BY MERGER |
| ASSOCIATES, a California | ) | TO CITY BANK |
| limited partnership; RONALD M. | ) | |
| BONAGUIDI; MICHAEL J. | ) | CERTIFICATE OF SERVICE |
| REIDY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GARNISHEE DISCLOSURE FOR CENTRAL PACIFIC BANK,
SUCCESSOR BY MERGER TO CITY BANK**

Pursuant and in response to that certain Garnishee Summons and

Order issued and filed on April 11, 2006, in the United States District Court

03/06                                    1

for the District of Hawaii, in the above-captioned case, CENTRAL PACIFIC BANK, successor by merger to CITY BANK (herein referred to as "Garnishee"), one of the garnishees named therein, does hereby state that at the time of service of said Garnishee Summons and Order upon Garnishee, and based on Garnishee's reasonable investigation of its records, and to the best of Garnishee's knowledge, information and belief: Garnishee did not have any goods or effects of RONALD M. BONAGUIDI (herein referred to as "Debtor") in its possession; Garnishee was not indebted to Debtor; Garnishee did not have any monies of Debtor in its possession; and, Debtor was not in receipt from Garnishee of any wages, salary, stipend, commissions, annuity or net income or portion of net income under a trust.

The undersigned, who is signing this disclosure on behalf of Garnishee, has read this disclosure and verifies that the statements made in this disclosure are true to the best of the undersigned's knowledge, information and belief, and the undersigned further makes this statement under penalty of perjury under the laws of the State of Hawaii.

DATED: Honolulu, Hawaii, APR 2 6 2006.

CENTRAL PACIFIC BANK, successor by merger to CITY BANK

By _____
Ann C. Teranishi
Vice President & Legal Counsel

CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was duly served by United States mail upon the following person at the address indicated below.

TO:  Gregory T. Grab
Law Offices of Gregory T. Grab
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
(Attorney for Plaintiff/Judgment Creditor)

DATED: Honolulu, Hawaii, APR 2 6 2006.

CENTRAL PACIFIC BANK, successor by merger to CITY BANK

By _____
Ann C. Teranishi
Vice President & Legal Counsel

03/06                                    4