ORIGINAL

Sam K. Yee (3285)
1164 Bishop Street, Suite 1088
Honolulu, Hawaii 96813
Telephone: (808) 548-4901
Facsimile: (808) 522-2001
E-mail: samy@financefactors.com

Attorney for Garnishee
  FINANCE FACTORS, LIMITED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 01 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>        Plaintiff,<br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership et al.,<br><br>        Defendants. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE DISCLOSURE OF FINANCE FACTORS, LIMITED; DECLARATION OF SAM K. YEE; CERTIFICATE OF SERVICE |

GARNISHEE DISCLOSURE OF FINANCE FACTORS, LIMITED

Pursuant and in response to that certain Garnishee Summons issued and filed on April 11, 2006, in the above-captioned case, and served upon

FINANCE FACTORS, LIMITED (herein referred to as "Garnishee") on or about April 24, 2006, Garnishee does hereby state that, as of the date of service of the Garnishee Summons Garnishee had no goods or effects of RONALD M. BONAGUIDI (hereinafter "Debtor"), nor is Garnishee indebted to Debtor, nor is Debtor in receipt from Garnishee of any salary, wages, funds, commissions, stipend, annuity, net income or portion of net income under a trust.

DATED: Honolulu, Hawaii, April 28, 2006.

Sam K. Yee
Attorney for Garnishee
FINANCE FACTORS, LIMITED