IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership et al.,<br><br>    Defendants. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE DISCLOSURE OF FINANCE FACTORS, LIMITED; DECLARATION OF SAM K. YEE; CERTIFICATE OF SERVICE |

## DECLARATION OF SAM K. YEE

I, Sam K. Yee, hereby declare under penalty of perjury:

1. I am the general counsel for Garnishee Finance Factors, Limited ("Garnishee") and am competent to testify as to the matters set forth in this declaration.

2. After receipt of the Garnishee Summons in the above encaptioned action, a search of the Garnishee's records was undertaken to determine whether Garnishee, at the time of service of the Garnishee Summons, (a) had any goods or effects of Judgment Debtor RONALD M. BONAGUIDI ("Debtor") in Garnishee's hands, (2) was indebted to said

Debtor and/or (3) had any monies or funds of said Debtor and/or any salary, stipend, commissions, wages, annuity, income, or portions of net income under trust, which directly or indirectly belong to said Debtor.

3. After due search, Garnishee's records indicate that Garnishee has no goods or effects of Debtor, nor is Garnishee indebted to said Debtor, nor is said Debtor in receipt from Garnishee of any salary, wages, funds, commissions, stipend, annuity, net income or portion of net income under a trust.

DATED: Honolulu, Hawaii, April 28, 2006.

_____
Sam K. Yee