IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership et al.,<br><br>    Defendants. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE DISCLOSURE OF FINANCE FACTORS, LIMITED; DECLARATION OF SAM K. YEE; CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by United States mail on the following on the date set forth below:

GREGORY T. GRAB, ESQ.
345 Queen Street, Suite 200
Honolulu, Hawaii 96813

Attorney for Plaintiff

Dated: Honolulu, Hawaii, April 28, 2006.

_____
Sam K. Yee
Attorney for Garnishee
FINANCE FACTORS, LIMITED

5