CADES SCHUTTE LLP

PATRICIA J. McHENRY 4267-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216
Telephone: (808) 521-9200
Facsimile:  (808) 540-5057
Email:  pmchenry@cades.com

Attorneys for Garnishee
HOMESTREET BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>　　　　　Defendants.<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>　　　　　Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE DISCLOSURE OF HOMESTREET BANK; DECLARATION OF SHARON WONG; CERTIFICATE OF SERVICE |

GARNISHEE DISCLOSURE OF HOMESTREET BANK

As verified by the attached Declaration, HomeStreet Bank ("Garnishee"), in response to the Garnishee Summons filed on April 11, 2006 (the "Garnishee Summons") and served on Garnishee on April 24, 2006, discloses as follows: (i) Garnishee does not, and, at the time of service of the Garnishee Summons, Garnishee did not, have any goods or effects of RONALD M. BONAGUIDI, MICHAEL J. REIDY or NEXUS-GOVERNOR PARK ASSOCIATES ("Defendants") in its possession, and (ii) Garnishee is not, and, at the time of service of the Garnishee Summons, Garnishee was not indebted to the Defendants.

DATED: Honolulu, Hawaii; May 3, 2006.

CADES SCHUTTE LLP


    /S/ PATRICIA J. McHENRY

Attorney for Garnishee
HOMESTREET BANK