IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>         Plaintiff,<br><br>vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>         Defendant(s),<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>         Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>DECLARATION OF SHARON WONG |

<u>DECLARATION OF SHARON WONG</u>

I, SHARON WONG, hereby declare as follows:

1.      I am the Compliance and Operations Specialist of HOMESTREET BANK ("Garnishee"). I am submitting this declaration in support of the Garnishee Disclosure of HomeStreet Bank (the "Disclosure").

2. I am competent to testify to the matters set forth in this declaration and, unless otherwise stated in this declaration, base the same upon my own personal knowledge and information.

3. As of April 24, 2006: (i) Garnishee did not have any goods or effects of RONALD M. BONAGUIDI, MICHAEL J. REIDY or NEXUS-GOVERNOR PARK ASSOCIATES ("Defendants") in its possession, and (ii) Garnishee was not indebted to the Defendants.

4. As of the date of this declaration: (i) Garnishee does not have any goods or effects of the Defendants in its possession, and (ii) Garnishee was not indebted to the Defendants.

I declare under penalty of law that the foregoing is true and accurate.

DATED: Seattle, Washington, April 27, 2006.

_____
SHARON WONG