IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| FEDERAL FiNANCIAL CO., an Illinois general partnership,<br><br>      Plaintiff,<br><br>      vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, et al.,<br><br>      Defendants.<br><br>AMERICAN SAVINGS BANK, et al., ,<br><br>      Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, a copy of the foregoing document was duly served on the parties listed below via U.S. mail, postage prepaid.

GREGORY T. GRAB
345 Queen Street, Suite 200
Honolulu, Hawaii 96813

Attorney for FEDERAL FINANCIAL CO.

      DATED: Honolulu, Hawaii; May 3, 2006.

                                    CADES SCHUTTE LLP

                                      /S/ PATRICIA J. McHENRY

                                    Attorney for Garnishee
                                    HOMESTREET BANK