ORIGINAL

LAW OFFICES OF GREGORY T. GRAB

GREGORY T. GRAB- 3516
345 Queen Street, Suite 200
Honolulu, Hawaii  96813
Telephone: (808) 946-4411
Facsimile: (808) 946-0321
E-mail: grabslaw@lava.net

Attorney for Plaintiff/
Judgment Creditor
FEDERAL FINANCIAL CO.,
an Illinois General Partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership, <br><br> Plaintiff, <br><br> vs. <br><br> NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, <br><br> Defendants. <br><br> -and- <br><br> AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION, <br><br> Garnishees. | MISC. NO. MC 0200193 (HG-BMK) <br> (Foreign Judgment) <br><br> RETURN AND ACKNOWLEDGEMENT OF SERVICE (AMERICAN SAVINGS BANK) |

-1-

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I HEREBY CERTIFY that I served the EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF COUNSEL; EXHIBIT 1; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS AND ORDER by delivering a certified copy of the document to AMERICAN SAVINGS BANK through ~~Janice Ohisa~~ Janice Ohisa who is the (position/title) DOPS Coordinator and who is authorized to accept service for the above-named business entity.

SIGNATURE OF PERSON SERVED: _____

PRINT NAME OF PERSON SERVED: Janice Ohisa

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

DATED: Honolulu, Hawaii, 4/24/06

_____
Thomas Mau
1050 Bishop Street, #512
Honolulu, Hawaii 96813
Tel: (808) 387-7899

0930  4/24/06  Janice Ohisa  *Janice Ohisa*
                              DOPS Coordinator

FEDERAL FINANCIAL CO., an Illinois general partnership v. NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY; Misc. No. MC02-00193 HG-BMK; *RETURN AND ACKNOWLEDGEMENT OF SERVICE (AMERICAN SAVINGS BANK)*

-2-