ORIGINAL

BANK OF THE ORIENT
765 BISHOP STREET
HONOLULU, HAWAII  96813

Telephone:  543-3700

Garnishment

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>　　　　Defendants. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>DISCLOSURE OF<br><br>BANK OF THE ORIENT |

DISCLOSURE OF BANK OF THE ORIENT

Comes now BANK OF THE ORIENT, Garnishee herein, and by way of disclosure to the garnishee process herein, states that at the time of service of said Garnishee was not indebted to NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY (hereinafter referred to as "DEFENDANTS"), above named.  Said Garnishee is not now and at the time of service of process herein was not otherwise indebted to said DEFENDANTS, in receipt of any salary, stipend, wages, annuity or net income from

said Garnishee, nor did said Garnishee have, nor has it now, any goods or effects of the DEFENDANTS, in its hands.

HONOLULU, HAWAII THIS ___8th___ DAY OF ___May___, 20_06_,

BANK OF THE ORIENT

By _____
PAUL LEUNG
ASSISTANT VICE PRESIDENT

PAUL LEUNG being first sworn on oath, deposes and says: That he is the ASSISTANT VICE PRESIDENT of the BANK OF THE ORIENT the Garnishee named in the Garnishee Summons filed in the above-entitled matter; that as such officer of said corporation he is authorized to make and does make this verification in its behalf; that he has read the foregoing instrument and that the contents of the same are true to the best of his knowledge and belief.

_____
PAUL LEUNG
ASSISTANT VICE PRESIDENT

STATE OF HAWAII            )
                           )  SS
CITY AND COUNTY OF HONOLULU)

Subscribed and sworn to before me
this __8th__ day of __May__, 20_06_,

_____
Notary Signature Rochelle N. Kaai
Notary Public, First Judicial Circuit
State of Hawaii
My Commission Expires: 10/11/2008