FIRST HAWAIIAN BANK
Records Management Department
Attn: Garnishee/Tax Levy
2339 Kamehameha Highway
Honolulu, Hawaii 96819

Tel. No. 844-3176

Garnishee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

at 1 o'clock and __ min. __ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership, | MISC. NO. MC 0200193 (HG-BMK) |
| Plaintiff(s), | DISCLOSURE OF FIRST HAWAIIAN BANK AND CERTIFICATE OF SERVICE |
| vs. | |
| NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, | |
| Defendant(s), | |
| and | |
| FIRST HAWAIIAN BANK, et al., | |
| Garnishee(s). | |

1

## DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendant(s) RONALD M. BONAGUIDI, MICHAEL J. REIDY named in said Summons was (were) not in receipt from Garnishee of any wages, Garnishee did not have any goods or effects in its hands or moneys of said Defendant(s) in its possession for safekeeping, nor was Garnishee indebted to said Defendant(s).

DATED: Honolulu, Hawaii, _____ MAY 0 8 2006 _____.

FIRST HAWAIIAN BANK

By _____
GRACE N. CHINEN
Operations Coordinator

Subscribed and sworn to before me this _____ MAY 0 8 2006 _____.

_____
GLORIA J. L. HIGA
Notary Public, State of Hawaii
My commission expires: October 3, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on _____ MAY 0 8 2006 _____, a copy of the foregoing Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United States mail, postage prepaid to the following person(s) at the address(es) shown:

Gregory T. Grab, Esq.
345 Queen Street, Suite 200
Honolulu, HI 96813

Attorney for Plaintiff(s)

Dated: Honolulu, Hawaii, _____ MAY 0 8 2006 _____ .

_____
GRACE N. CHINEN
of FIRST HAWAIIAN BANK

Garnishee