

First Hawaiian Bank
P.O. Box 1959
Honolulu, Hawaii 96805

mc-0200193

May 8, 2006

Clerk of the United States District Court
Room C-301, United States Courthouse
300 Ala Moana Blvd., Box 50129
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 1 0 2006
DISTRICT OF HAWAII

Ladies and Gentlemen:

Please file the enclosed Disclosure of First Hawaiian Bank and return the file-marked copy to me in the enclosed envelope.

Thank you for your assistance; if there are any problems or questions, please call (808) 844-3176.

Sincerely,

Grace N. Chinen
Operations Coordinator
Records Management Dept.

Enclosures