CHARLYN Y NISHIKI
AMERICAN SAVINGS BANK
PO BOX 2300
HONOLULU HAWAII 96804-2300
Telephone 808.545.6251

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>PLAINTIFF,<br><br>VS<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M BONAGUIDI; MICHAEL J REIDY,<br><br>DEFENDANTS.<br><br>AND<br><br>AMERICAN SAVINGS BANK,<br><br>GARNISHEE. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>ANSWER AND DISCLOSURE OF GARNISHEE AMERICAN SAVINGS BANK |

(CERTIFICATE OF SERVICE ATTACHED)

## ANSWER AND DISCLOSURE OF

## GARNISHEE AMERICAN SAVINGS BANK

Comes now AMERICAN SAVINGS BANK, a federal savings bank, hereinafter called the "Garnishee", for ANSWER AND DISCLOSURE to the garnishee process herein and says that, pursuant to H.R.S. 652-1(e), on April 24, 2006, the time of service of said process, Garnishee's branch records located within the State of Hawaii indicate that:

1. Garnishee had NO ACCOUNTS in its possession for safekeeping for RONALD M BONAGUIDI, hereinafter referred as "Defendant/Judgment Debtor";

2. Garnishee did not have any goods or effects of Defendant/Judgment Debtor in its possession, other than as above disclosed;

3. Garnishee did not have any monies of Defendant/Judgment Debtor in its possession for safekeeping, other than above disclosed;

4. Defendant/Judgment Debtor was not in receipt from Garnishee of any salary, stipend, wages, commissions, annuity or net income under a trust;

DATED: Honolulu, Hawaii, May 15, 2006.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American
Savings Bank.

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

**CHARLYN Y NISHIKI,** being first duly sworn on oath, deposes and says that she is the representative of **AMERICAN SAVINGS BANK,** and as such is authorized to make and does make this verification on its behalf; that she has read the foregoing answer and disclosure and that the contents of the same are true to the best of her knowledge and belief.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American
Savings Bank.

Subscribed and sworn to before me this
15th day of May, 2006

_____
Print or Type Name: Janice H Ohisa
Notary Public, State of Hawaii

My commission expires: Jan 28, 2008

## CERTIFICATE OF SERVICE

The undersigned does hereby certify and acknowledge that a copy of the attached ANSWER AND DISCLOSURE of AMERICAN SAVINGS BANK, was served upon GREGORY T GRAB, of LAW OFFICES OF GREGORY T GRAB, at 345 Queen Street, Suite 200, Honolulu, Hawaii 96813, by MAIL DELIVERY on May 15, 2006.

_____
CHARLYN Y NISHIKI
Representative for Garnishee American Savings Bank.