ORIGINAL

LAW OFFICES OF GREGORY T. GRAB

GREGORY T. GRAB- 3516
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone: (808) 946-4411
Facsimile: (808) 946-0321
E-mail: grabslaw@lava.net

Attorney for Plaintiff/
Judgment Creditor
FEDERAL FINANCIAL CO.,
an Illinois General Partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY,<br><br>        Defendants.<br><br>    -and-<br><br>AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LIMITED, FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS AND LOAN ASSOCIATION,<br><br>        Garnishees. | MISC. NO. MC 0200193 (HG-BMK)<br>(Foreign Judgment)<br><br>GARNISHEE ORDER (GARNISHEES: AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, SUCCESSOR BY MERGER TO CITY BANK, FINANCE FACTORS, LTD., FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, AND TERRITORIAL SAVINGS BANK, FORMERLY KNOWN AS TERRITORIAL SAVINGS & LOAN ASSOCIATION)<br><br>RETURN DATE: JUNE 7, 2006<br>RETURN TIME: 2:00 P.M.<br>MAGISTRATE: BARRY M. KURREN<br><br>DATE OF JUDGMENT: 08/01/1996<br>AMOUNT OF JUDGMENT: $200,000.00<br>JUDGMENT BALANCE: $346,824.75<br><br>(GARNISHEE SUMMONS AND ORDER ISSUED APRIL 11, 2006) |

GARNISHEE ORDER (GARNISHEES: AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, SUCCESSOR BY MERGER TO CITY BANK, FINANCE FACTORS, LTD., FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, AND TERRITORIAL SAVINGS BANK, FORMERLY KNOWN AS TERRITORIAL SAVINGS & LOAN ASSOCIATION)

Plaintiff-Judgment Creditor's *Ex Parte* Motion for Issuance of Garnishee Summons After Judgment, filed April 11, 2006, was considered without a hearing by the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court. The Court notes that the Garnishment Summons and Order was properly served upon Garnishees AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, successor by merger to CITY BANK, FINANCE FACTORS, LTD., FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, and TERRITORIAL SAVINGS BANK, formerly known as TERRITORIAL SAVINGS & LOAN ASSOCIATION, and that all of the Garnishees thereafter filed timely disclosures.

Based upon the moving papers, the answers and written disclosures filed by the above-named Garnishees, the pleadings and files herein, and it appearing that the funds sought to be garnished are not traceable to AFDC grants, the Court finds the requisite good cause for granting a garnishment order. Now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Garnishee BANK OF HAWAII, having disclosed on April 26, 2006 that it holds the sum of $18,211.89 in its possession for safekeeping for RONALD M. BONAGUIDI, shall pay

such amount or amounts withheld ($18,211.89) to Judgment Creditor's attorney first whatever money (if money held is wages, Garnishee is not to exceed State and Federal Wage Garnishment Law limits), then whatever property, goods, effects or such amount or amounts withheld, until the judgment balance of $346,824.75 (as of April 6, 2006), and legal interest at the rate of 5.85% per annum, compounded annually, is fully paid, or until further order of the above-entitled Court.

The amounts to be paid to Judgment Creditor's attorney shall not exceed however, the amount due Plaintiff under the judgment awarded to it, plus post-judgment interest, and costs.

Furthermore, that the amounts being garnished are not traceable to AFDC funds; and,

    (2) With respect to the following Garnishees,

        a. AMERICAN SAVINGS BANK;

        b. BANK OF THE ORIENT;

        c. CENTRAL PACIFIC BANK
       successor by merger to CITY BANK;

        d. FINANCE FACTORS, LTD.;

        e. FIRST HAWAIIAN BANK;

        f. HAWAII NATIONAL BANK;

        g. HOMESTREET BANK; and,

        h. TERRITORIAL SAVINGS BANK,
       formerly known as TERRITORIAL
       SAVINGS & LOAN ASSOCIATION,

each of these garnishees has made a timely disclosure denying any indebtedness to Defendant-Judgment Debtor Ronald M. Bonaguidi and

accordingly, each of these Garnishees shall be released from the Garnishee Summons and Order filed April 11, 2006.

DATED:   Honolulu, Hawaii,   6-13-2006

_____
Judge of the Above-Entitled Court

---

FEDERAL FINANCIAL CO. vs. NEXUS-GOVERNOR PARK ASSOCIATES, et al.; United States District Court for the District of Hawaii; Misc. No. MC 0200193 (HG-BMK); *GARNISHEE ORDER (GARNISHEES: AMERICAN SAVINGS BANK, BANK OF HAWAII, BANK OF THE ORIENT, CENTRAL PACIFIC BANK, SUCCESSOR BY MERGER TO CITY BANK, FINANCE FACTORS, LTD., FIRST HAWAIIAN BANK, HAWAII NATIONAL BANK, HOMESTREET BANK, AND TERRITORIAL SAVINGS BANK, FORMERLY KNOWN AS TERRITORIAL SAVINGS & LOAN ASSOCIATION*