ORIGINAL

LAW OFFICES OF GREGORY T. GRAB

GREGORY T. GRAB- 3516
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone: (808) 946-4411
Facsimile: (808) 946-0321
E-mail: grabslaw@lava.net

Attorney for Plaintiff/
Judgment Creditor
FEDERAL FINANCIAL CO.,
an Illinois General Partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL FINANCIAL CO., an Illinois general partnership, <br><br> Plaintiff, <br><br> vs. <br><br> NEXUS-GOVERNOR PARK ASSOCIATES, a California limited partnership; RONALD M. BONAGUIDI; MICHAEL J. REIDY, <br><br> Defendants. <br><br> -and- <br><br> BANK OF HAWAII, <br><br> Garnishee. | MISC. NO. MC 0200193 (HG-BMK) <br> (Foreign Judgment) <br><br> RELEASE OF GARNISHEE <br> (GARNISHEE: BANK OF HAWAII; <br> CERTIFICATE OF SERVICE <br><br><br> (GARNISHEE ORDER ISSUED JUNE 15, 2006) |

RELEASE OF GARNISHEE (GARNISHEE: BANK OF HAWAII)

Plaintiff-Judgment Creditor FEDERAL FINANCIAL CO., an Illinois general partnership, requests that Garnishee BANK OF HAWAII be released from the Garnishee Order filed herein on June 15, 2006.

Said garnishee has fully complied with the Garnishee Order and is entitled to be released from the same.

DATED: Honolulu, Hawaii, _____6/19/06_____

_____
GREGORY T. GRAB, ESQ.
Attorney for Judgment Creditor
FEDERAL FINANCIAL CO.

CERTIFICATE OF SERVICE

I hereby certify that, upon the filing hereof, a copy of the foregoing will be served upon the following by way of regular U.S. Mail, postage prepaid:

BANK OF HAWAII
Attn: Legal and Custody Dept.
160 Merchant Street, 16th Floor
Honolulu, Hawaii  96813

DATED: Honolulu, Hawaii, _____6/19/06_____

_____
GREGORY T. GRAB, ESQ.

---

FEDERAL FINANCIAL CO. vs. NEXUS-GOVERNOR PARK ASSOCIATES, et al.; United States District Court for the District of Hawaii; Misc. No. MC 0200193 (HG-BMK); RELEASE OF GARNISHEE (GARNISHEE: BANK OF HAWAII); CERTIFICATE OF SERVICE